

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2020

No. 04-20-00049-CV

**IN THE INTEREST OF L.V.S., P.M.S. AND P.M.S, CHILDREN,**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-538
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

    The District Clerk's Notification of Late Record is hereby GRANTED.  Time is extended to March 31,2020.

_____
Irene Rios, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court